# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-1374
Lower Tribunal No. 23-SC-007573

———————————————

HOME-TECH CONSOLIDATED, INC.,

Appellant,

v.

FRANCISCO COSSIO,

Appellee.

———————————————

Appeal from the County Court for Lee County.
H. Andrew Swett, Judge.

July 10, 2026

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

STARGEL, NARDELLA and BROWNLEE, JJ., concur.

Katherine E. Cook and Suzanne M. Boy, of Boy Agnew Potanovic Miller, PLLC, Fort Myers, for Appellant.

No Appearance for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF TIMELY FILED